## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM F. GROULX,                                    :     Civil No. 3:17-cv-1224
                                                      :
        Petitioner                                  :     (Judge Mariani)
                                                      :
   v.                                               :
                                                      :
MARK GARMAN,                                          :
                                                      :
        Respondent                                  :

## ORDER

**AND NOW**, this /8th day of September, 2020, upon consideration of the petition for

writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the

Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1.  The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2.  There is no basis for the issuance of a certificate of appealability.   *See* 28
    U.S.C. § 2253(c)(2).

3.  The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge